**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Luis ALVARADO, Defendant–**
**Appellant.**

**No. 05–11325**
**Non–Argument Calendar.**
**D.C. Docket No. 03–00093–CR–01–4.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 16, 2005.

Lisa Wilson Tarvin, Amy Levin Weil, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Janice Kristin Jenkins, Flint & Connolly, LLP, Roswell, GA, for Defendant–Appellant.

Before ANDERSON, BIRCH and HILL, Circuit Judges.

PER CURIAM:

Jeff P. Manciagli, appointed counsel for Luis Alvarado in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Alvarado's conviction and sentence is **AFFIRMED.**